# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### CIVIL CASE NO. 1:21-cv-00362-MR-WCM

| | |
|---|---|
| JIMMY BIRCHFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| KELLEX CORPORATION, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court *sua sponte*.

On February 24, 2022, the Court entered a Pretrial Order and Case Management Plan in this case, ordering the parties to select and agree upon a mediator and to file with the Court a report identifying their selected mediator by March 17, 2022. [Doc. 8]. To date, however, the parties have not designated a mediator for the present action.

Accordingly, **IT IS, THEREFORE, ORDERED** that, within seven (7) days of the entry of this Order, the parties shall file a report identifying their selected mediator for the present action.

**IT IS SO ORDERED.**

Signed: March 29, 2022

Martin Reidinger
Chief United States District Judge