IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00362-MR-WCM

| | | |
|---|---|---|
| JIMMY BIRCHFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| | ) | |
| KELLEX CORPORATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court *sua sponte* following the filing of a "Notice of Request for Protection from Court Appearance," in which Plaintiff's counsel advises that he will be unavailable from November 1, 2022 through November 8, 2022. Doc. 18.

The Court appreciates this information but, particularly in view of the upcoming deadlines in this matter, respectfully advises counsel that secured leave of the type used in North Carolina state courts is not formally recognized in this district.

1

Accordingly, Plaintiff's filing is **NOTED** but is not binding for case management purposes. Nonetheless, the undersigned is confident that the parties will work together reasonably to address to any scheduling conflicts that may arise.

Signed: September 30, 2022

W. Carleton Metcalf
United States Magistrate Judge